

# NUMBER 13-19-00223-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE GUARDIANSHIP OF LEON R. BERNSEN, SR., AN ALLEGED INCAPACITATED PERSON

---

### On appeal from the County Court at Law No. 5 of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Valdez[1]**
**Memorandum Opinion by Justice Valdez**

Cross-appellant Lynn Bernsen filed a cross-appeal in appellate cause number 13-

17-00593-CV, *In the Guardianship of Leon R. Bernsen, an Alleged Incapacitated Person*,

---

[1] Retired Thirteenth Court of Appeals Chief Justice Rogelio Valdez, assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to the government code. *See* TEX. GOV'T CODE ANN. § 74.003.

from judgments entered by the County Court at Law No. 5, Nueces County, Texas. Lynn desires to appeal the trial court's order "that the email communications between Dianna Bernsen and Attorney Leshin are not admitted at this time." However, this is a non-appealable order, and this Court does not have jurisdiction.

Having considered the documents on file and Lynn's notice of appeal, this Court is of the opinion that the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). Lynn's appeal is hereby DISMISSED. Costs will be taxed against Lynn. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal, no motion for rehearing will be entertained, and our mandate will issue forthwith.

ROGELIO VALDEZ,
Justice

Delivered and filed the
8th day of August, 2019.